[No. 14811–7–I. Division One. August 6, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT W. BROOKS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–00054–2, Donald D. Haley, J., entered May 18, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Webster, JJ.

[No. 16331–1–I. Division One. August 6, 1986.]

NATHANIEL SHAW, *Appellant,* v. THE STATE OF WASHINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–00572–3, Arthur E. Piehler, J., entered March 28, 1985. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Cole and Schultheis, JJ. Pro Tem.

[Nos. 14268–2–I; 14836–2–I. Division One. August 6, 1986.]

*In the Matter of the Marriage of* CAROL A. HUMMEL, *Appellant, and* DONALD J. HUMMEL, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 82–3–00908–7, James J. Dore, J., entered December 22, 1983. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Webster, J.